

**Service of Process Transmittal**
01/19/2022
CT Log Number 540905023

| | |
|---|---|
| **TO:** | KIM LUNDY- EMAIL<br>Walmart Inc.<br>GLOBAL GOVERNANCE/CENTRAL INTAKE, 2914 SE I STREET MS#0200<br>BENTONVILLE, AR 72712-3148 |
| **RE:** | **Process Served in Iowa** |
| **FOR:** | WALMART INC.  (Domestic State: DE) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: ADDA GERTRUDE M. // To: WALMART INC.<br>*Name discrepancy noted*. |
| **DOCUMENT(S) SERVED:** | Notice(s), Attachment(s), Petition |
| **COURT/AGENCY:** | Polk County - District Court, IA<br>Case # LACL152278 |
| **NATURE OF ACTION:** | Personal Injury - Slip/Trip and Fall - 01/18/2020, Walmart located at 1001 73rd street, Windsor Heights, IA |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Des Moines, IA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 01/19/2022 at 12:27 |
| **JURISDICTION SERVED :** | Iowa |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after receipt (Document(s) may contain additional answer dates) |
| **ATTORNEY(S) / SENDER(S):** | Henry J. Bevel, III<br>Swisher & Cohrt, P.L.C.<br>528 West Fourth Street<br>P.O. Box 1200<br>Waterloo, IA 50704<br>319-232-6555 |
| **REMARKS:** | Please note the process server underlined and/or highlighted the entity being served prior to receipt by CT. |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 01/19/2022, Expected Purge Date: 01/24/2022<br><br>Image SOP |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>400 East Court Avenue<br>Des Moines, IA 50309<br><br>877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other



**Service of Process Transmittal**
01/19/2022
CT Log Number 540905023

**TO:** KIM LUNDY- EMAIL
Walmart Inc.
GLOBAL GOVERNANCE/CENTRAL INTAKE, 2914 SE I STREET MS#0200
BENTONVILLE, AR 72712-3148

**RE:** **Process Served in Iowa**

**FOR:** WALMART INC.  (Domestic State: DE)

advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

IOWA DISTRICT COURT IN AND FOR POLK COUNTY

| | | |
|---|---|---|
| GERTRUDE M. ADDA, | ) | Case No. _____ |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORIGINAL NOTICE |
| v. | ) | |
| | ) | |
| WAL-MART, INC., | ) | |
| | ) | |
| Defendant. | ) | |

TO THE ABOVE-NAMED DEFENDANT: Wal-Mart, Inc.

YOU ARE HEREBY NOTIFIED that there is now on file in the office of the Clerk of the above Court, a Petition in the above-entitled action, a copy of which Petition is attached hereto. The Plaintiff's attorney is Henry J. Bevel III of the firm of Swisher & Cohrt, P.L.C., whose address is 528 West Fourth Street, P.O. Box 1200, Waterloo, Iowa 50704, telephone number (319) 232-6555, fax number (319) 232-4835.

If you require the assistance to participate in court due to a disability, call the disability coordinator at (641)-421-0990. Persons who are hearing or speech impaired may call Relay Iowa TTY (1-800-735-2943). **Disability coordinators cannot provide legal advice.**

*Important instructions for Respondent*:

A. You **must** file an Answer or a Motion with the clerk of court in the above county within **30 days** after you receive this Original Notice. If you do not file an Answer or Motion within **30 days** after receiving this Original Notice, the **court may enter a judgment against you** giving Petitioner what he or she asked for in the Petition.

B. For help in your divorce case, and for forms that you must use if you choose to represent yourself without an attorney, visit the Iowa Judicial Branch website at http://www.iowacourts.gov/ and click on "Court Rules & Forms" or on "For the Public."

C. If you received Petition form **101**, you may use Answer form **115**.

D. This case has been filed in a county that uses electronic filing. You must register to eFile through the Iowa Judicial Branch website at https://www.iowacourts.state.ia.us/Efile and obtain a log in and password for filing and viewing documents in your case and for receiving service and notices from the court.

- For general rules and information on electronic filing, refer to the Iowa Court Rules Chapter 16 Pertaining to the Use of the Electronic Document Management System, available on the Iowa Judicial Branch website.

- For court rules on the Protection of Personal Privacy in court filings, refer to Division VI of the Iowa Court Rules Chapter 16.

- If you are unable to proceed electronically, you must receive permission from the court to file in paper. Contact the clerk of court in the county where the petition was filed for more information on being excused from electronic filing.

E. If you electronically file your Answer or Motion, it will be served automatically on Petitioner or on Petitioner's attorney(s). A Notice of Electronic Filing (NEF) will tell you if the court has excused Petitioner from electronic filing. If the court has excused Petitioner from electronic filing, you must mail a copy of your Answer or Motion to Petitioner.

**Important Notice to Respondent:**
You should talk to an attorney at once to protect your interests.

# Iowa Judicial Branch

Case No. **LACL152278**
County **Polk**

Case Title **GERTRUDE M ADDA V WALMART INC DBA WALMART**

You must file your Appearance and Answer on the Iowa Judicial Branch eFile System, unless the attached Petition and Original Notice contains a hearing date for your appearance, or unless the court has excused you from filing electronically (*see* Iowa Court Rule 16.302).

Register for the eFile System at www.iowacourts.state.ia.us/Efile to file and view documents in your case and to receive notices from the court.

For general rules and information on electronic filing, refer to the Iowa Rules of Electronic Procedure in chapter 16 of the Iowa Court Rules at www.legis.iowa.gov/docs/ACO/CourtRulesChapter/16.pdf.

Court filings are public documents and may contain personal information that should always be kept confidential. For the rules on protecting personal information, refer to Division VI of chapter 16 of the Iowa Court Rules and to the Iowa Judicial Branch website at www.iowacourts.gov/for-the-public/representing-yourself/protect-personal-information/.

*Scheduled Hearing:*

If you need assistance to participate in court due to a disability, call the disability access coordinator at **(515) 286-3394**. Persons who are hearing or speech impaired may call Relay Iowa TTY (1-800-735-2942). For more information, see www.iowacourts.gov/for-the-public/ada/. **Disability access coordinators cannot provide legal advice.**

Date Issued **01/07/2022 07:46:25 AM**



District Clerk of Court or/by Clerk's Designee of Polk   County
/s/ **Christy Wagner**

IOWA DISTRICT COURT IN AND FOR POLK COUNTY

| GERTRUDE M. ADDA,<br><br>Plaintiff,<br><br>vs.<br><br>WALMART, INC. d/b/a WALMART,<br><br>Defendant. | Case No.<br><br>**PETITION AT LAW AND JURY DEMAND** |
|---|---|

COMES NOW Plaintiff Gertrude Adda, by and through her undersigned attorney, and for her cause of action against Defendant, Walmart, Inc. states:

1. At all times material hereto, Plaintiff Gertrude Adda was a resident of Waterloo, Black Hawk County, Iowa.

2. At all times material hereto, Defendant Walmart, Inc. (herein after "Walmart"), was a foreign corporation operating retails stores in the state of Iowa, including Polk County, Iowa.

3. On January 18, 2020, Defendant Walmart operated a retail store located at 1001 73rd Street, Windsor Heights, Polk County, Iowa.

4. On January 18, 2020, Plaintiff Gertrude Adda was a customer and lawfully on the premises of Defendant Walmart's store located at 1001 73rd Street, Windsor Heights, Polk County, Iowa.

5. The retail store operated by Defendant Walmart at 1001 73rd Street, Windsor Heights, Polk County, Iowa included an area that allowed customers to "self-checkout" a customer's purchases.

6. The "self-checkout" area of Defendant Walmart's at 1001 73rd Street, Windsor Heights, Polk County, Iowa store was in the possession and under the control of the Defendant on January 18, 2020.

7. On January 18, 2020, weather conditions existed which Defendant Walmart's agents and/or employees knew or should have known created hazardous conditions on the flooring of the self-checkout area and the area in which customers left the self-checkout area enroute to the exits of Defendant Walmart's store.

8. On January 18, 2020, Plaintiff Gertrude Adda utilized Defendant's self-checkout area to make purchases.

9. After completing her purchases in the self-checkout area on January 18, 2020, Plaintiff Gertrude Adda fell and sustained personal injuries while walking through and from Defendant Walmart's self-checkout area.

10. Plaintiff Gertrude Adda's fall and the injuries resulting therefrom were caused by the fault and/or negligence of Defendant Walmart, its agents and/or employees.

11. As a proximate cause of Defendant Walmart's negligence and/or fault and the resulting fall, Plaintiff Gertrude Adda suffered personal injuries and damages, including but not limited to the following:

    a) Past medical expenses;

    b) Future medical expenses;

    c) Past physical and mental pain and suffering;

    d) Future physical and mental pain and suffering;

    e) Past loss of body function;

    f) Future loss of body function;

g) Lost wages, and

h) Loss of earning capacity.

12. Plaintiff Gertrude Adda seeks recovery from Defendant Walmart under all legal theories cognizable under Iowa law.

13. Jurisdiction and venue are proper as the allegations which give rise to this lawsuit occurred in Windsor Heights, Polk County, Iowa.

14. The amount in controversy exceeds the jurisdictional requirements for the Iowa District Court In and For Polk County.

WHEREFORE, Plaintiff Gertrude Adda demands judgment against Defendant Walmart, Inc. for a fair and reasonable amount of compensatory damages, sufficient to fairly compensate her, in an amount that would exceed the jurisdictional requirements of Rule 6.103, Iowa R. App. P., for interest as provided by law and the cost of this action.

## JURY DEMAND

COMES NOW the Plaintiff and hereby demands a trial by jury in the above caption matter.

Respectfully Submitted,

SWISHER & COHRT, P.L.C.

By: *Henry J. Bevel III*
Henry J. Bevel III    AT0000782
528 West 4th Street, P. O. Box 1200
Waterloo, IA  50704-1200
Telephone:    (319) 232-6555
Facsimile:    (319) 232-4835
E-mail:    bevel@s-c-law.com
Attorneys for Plaintiff