# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| GERTRUDE ADDA, ) | |
| ) | Case No. 4:22-CV-00030 |
| Plaintiff, ) | |
| ) | NOTICE OF SERVICE |
| vs. ) | |
| ) | INITIAL DISCLOSURES OF PLAINTIFF |
| WALMART, INC. ) | GERTRUDE ADDA |
| ) | |
| Defendants. ) | |

COMES NOW Plaintiff Gertrude Adda, by and through counsel, and hereby gives Notice of Serving Initial Disclosures by Plaintiff pursuant to Federal R. Civ. P. 26(a). The Initial Disclosures were produced by E-mail on April 19, 2022.

Respectfully Submitted,

SWISHER & COHRT, P.L.C.

By: *Henry J. Bevel III*
Henry J. Bevel III     AT0000782
528 West 4th Street
P. O. Box 1200
Waterloo, IA  50704-1200
Telephone:     (319) 232-6555
Facsimile:     (319) 232-4835
E-mail:        bevel@s-c-law.com
Attorneys for Plaintiff, Gertrude Adda

Original Filed.

Copies to:

Veronica Kirk
MWH Law Group, LLC
1501 42nd Street, Suite 465
West Des Moines, IA 50266-1090
veronica.kirk@mwhlawgroup.com
Attorneys for Defendant

Kerry M. Murphy
MWH Law Group, LLC
1501 42nd Street, Suite 465
West Des Moines, IA 50266-1090
kerrie.murphy@mwhlawgroup.com
Attorneys for Defendant

CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing instrument was served upon all parties to the above case by service on each of the attorneys of record herein at their respective addresses disclosed on the pleadings by:

☐ U.S. Mail         ☒ EDMS
☐ Hand Delivered    ☐ FAX

on _Darla Grunwald_ 4/19, 2022